FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 SEP 20 P 4: 11
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

RALPH WALKE,

    Plaintiff,

v.

MICKEY MALONE and CHRISTOPHER
PARKS, Individually and in
their Official Capacities as
Laurens County Sheriff Deputies,
and JOHN DOES 1 - 3,

    Defendants.

CIVIL ACTION NO.
CV 317-046

O R D E R

On August 2, 2017, Defendants removed the captioned case, which involves claims asserted pursuant to 42 U.S.C. § 1983, to this Court from the Superior Court of Laurens County, Georgia, based upon federal question jurisdiction. The Clerk issued his Removal Notice to All Counsel of Record on that same day, which directs counsel to file a notice of appearance within ten days. This Notice inadvertently stated that the case was removed to the Southern District of Georgia, **Augusta Division**. Laurens County, Georgia, lies within the **Dublin Division** of this District Court. Accordingly, **IT IS ORDERED** that the Clerk's Removal Notice to All Counsel of Record of August 2, 2017, is **AMENDED AND CORRECTED** to state that the

removal, which occurred August 2, 2017, is to the **Dublin Division** of this District Court.

Also on August 2, 2017, the United States Magistrate Judge entered an Order directing the parties to confer as required by Federal Rule of Civil Procedure 26(f) and to timely file a Rule 26(f) Report with the Court. On September 12, 2017, Defendants filed their own Rule 26(f) Report in which they note that they had not yet held a Rule 26(f) conference with Plaintiff's counsel, Mr. Jordan Johnson, because he had not yet secured admission to the bar of the Southern District. The Court notes that Mr. Johnson has not made an appearance in this case or filed a motion to proceed *pro hac vice*.

Upon the foregoing, the Court finds Mr. Johnson has not complied with the Court's directive in its Removal Notice to All Counsel of Record to enter a notice of appearance in the case within ten days. Therefore, **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

a) The deadline with respect to conferring and filing a joint Rule 26(f) Report is hereby **EXTENDED** to the close of business on October 27, 2017;

b) the Clerk's Removal Notice to All Counsel of Record, dated August 2, 2017, (doc. no. 2) is hereby **AMENDED AND CORRECTED** to show that the

2

captioned case was removed to the **Dublin Division** of the Southern District of Georgia;

c) Plaintiff's counsel, Mr. Jordan Johnson, shall file a Motion to Proceed *Pro Hac Vice* within ten (10) days hereof. If Mr. Johnson does not intend to represent Plaintiff in this matter, he should so notify his client and file a Notice of Compliance with this Court within the same ten days.

**ORDER ENTERED** at Augusta, Georgia, this 20 day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE

3